# ALFRED R. FUENTE, PLLC
Attorney at Law
30 Wall Street, 8th Floor
New York, New York 10005
(646) 884-2669

<u>*Via ECF*</u>

February 10, 2025

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn New York 11201

>    RE:   **Notice of Change of Law Firm,
>          Address, Phone Number, and Email Address**
>          *Nettles v. Chatpavit & Sujin LLC and Tea Cup Cafe, Inc.*
>          <u>**Case No. 1:24-cv-06588, E.D.N.Y.**</u>

Dear Judge Chen,

This firm represents Defendant Chatpavit & Sujin LLC ("Defendant") in the above-captioned matter. The undersigned is no longer associated with Nicholas Goodman & Associates, PLLC, but remains Defendant's attorney of record, subject to the Court's approval.

Thank you in advance for your consideration.

>                                               Sincerely,
>
>                                               ALFRED R. FUENTE, PLLC
>
>                                         BY:   __/s/ Alfred R. Fuente_____
>                                               Alfred R. Fuente
>                                               *Attorneys for Defendant*
>                                               CHATPAVIT & SUJIN LLC
>                                               30 Wall Street, Floor 8
>                                               New York, New York 10005
>                                               (646) 884-2669
>                                               alfred@fuentelaw.com

***To:***

Maria-Costanza Barducci, Esq.
Barducci Law Firm, PLLC
5 West 19th Street, 10th Floor
New York, N.Y. 10011
mc@barduccilaw.com